IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV143

| | |
|---|---|
| DIPAKKUMAR TRIKAMLAL PATEL, ) ) Plaintiff, ) ) vs. ) ) VANLILA J. PATEL, ) ) Defendant. ) _____) | ORDER |

This matter is before the court upon the court's own motion. The court has reviewed the *pro se* Plaintiff's Complaint which purports to sue his ex-wife under 42 U.S.C. §1983. The court finds that the Complaint is frivolous and fails to state a claim upon which relief can be granted. Moreover, it appears that the court lacks subject matter jurisdiction. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Complaint hereby DISMISSED WITH PREJUDICE.

Signed: April 4, 2007

Graham C. Mullen
United States District Judge